IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BERTHA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1: 20- cv-01046 |
| ) | |
| KANE COUNTY, ET AL ) | Honorable Robert m. Dow, Jr. |
| . ) | |
| Defendants. ) | |

### Notice of Filing Appearance

To: All ECM Filers and
David A. Bertha
9242 S. Constance
Chicago, IL 60617

Please take notice that on December 13, 2021, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, **Motion to Dismiss.** A copy is attached to this Notice and duly served upon you.

### Certificate of Service

The undersigned hereby certifies that I caused this notice and described document(s) to be served upon all other parties of record, registered with the Clerk of the Northern District of Illinois, by electronically filing a copy of the same via the Northern District of Illinois's CM/ECF filing system and at the address listed above.

/s/Kathleen K. Watson
Assistant State's Attorney

JAMIE L MOSSER
Kane County State's Attorney
Kathleen K. Watson
Assistant State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
watsonkathleen@co.kane.il.us
(630) 208-5326
Atty. No. 6192972