IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bertha<br><br>Plaintiff(s),<br><br>v.<br><br>Kane County, et al.<br><br>Defendant(s). | Case No. 20-cv-1046<br>Judge Robert M. Dow |

# **ORDER**

In view of the notice of substitution of counsel [27] filed on 1/18/2022, Assistant Attorney General Kelly Bauer is withdrawn as counsel Defendant Chief Judge Eugene Doherty.

Date: 1/18/2022 /s/ Judge Dow